```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 08-80688-CIV-ZLOCH
```

VAN CLEEF & ARPELS, S.A.,
et al.,

    Plaintiffs,

                                        **O R D E R**

vs.

TEEN ANGEL, INC. and
ANDREW KOVLER,

    Defendants.
_____/

    THIS MATTER is before the Court upon Counsel for Plaintiff Milton Springut's Motion To Appear Pro Hac Vice (DE 7).  The Court has carefully reviewed said Motion and the entire Court file and is otherwise fully advised in the premises.

    The Court notes that Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the Southern District of Florida details the requirements for attorneys who seek to make a limited appearance before this Court.  In particular, Special Rule 4B.2 requires the following:

> Lawyers who are not members of the bar of this Court shall not be permitted to engage in general practice in this District. For purposes of this rule, more than three appearances within a 365-day period in separate representations before the Courts of this District shall be presumed to be a "general practice." Upon written motion and for good cause shown the Court may waive or modify this prohibition.

S.D. Fla. Special Rule 4B.2.  Because Mr. Springut has made six appearances within the last 365 days, Rule 4B.2 prohibits his admission, and the court finds no good cause sufficient to waive

the prohibition Rule 4B.2.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Counsel for Plaintiff Milton Springut's Motion To Appear Pro Hac Vice (DE 7) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___30th___ day of July, 2008.

```
                              _____
                              WILLIAM J. ZLOCH
                              United States District Judge
```

Copies furnished:

Milton Springut, Esq.
Kalow & Springut, LLP
488 Madison Avenue, 19th Floor
New York, NY 10022-5702

All Counsel of Record